14MISC 00294

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF )
**NRC Holding, Ltd.**, and )
**ALPSTREAM, AG** )
Pursuant to 28 U.S.C. §1782, )    Case No: _____
For an Order to Obtain Discovery )
In Aid of a Foreign Proceeding )
_____ )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-11-14

### ▓▓▓▓▓ ORDER GRANTING EX PARTE APPLICATION FOR ORDER TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782

THIS CAUSE came before the Court upon the Ex Parte Application for Order to Obtain Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. §1782 ("the Application") filed by Alpstream, AG and NRC Holding, Ltd. ("Applicants"). Having considered the Application, memorandum of law in support of the Application and the Declaration of Jarlath Ryan and exhibits attached thereto, and otherwise being fully advised on the premises, and finding that the Applicants have demonstrated grounds for relief under 28 U.S.C §1782,

**IT IS HEREBY ORDERED** that:

1. The § 1782 Application is **GRANTED**.

2. The Applicants are authorized to issue and serve a subpoena duces tecum on HSBC USA, N.A. ("Respondent") in the form proposed and attached to the Application. The Respondent shall produce the requested documents and electronically stored information within twenty-one (21) days of service of the Applicants' subpoena and a copy of this Order on them and in conformance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern

1

District of New York.

3.  Until further Ordered by this Court, the Respondent shall preserve documents, electronic and otherwise, and evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceedings as identified in the Application and the Declaration of Jarlath Ryan.

4.  Any evidence produced by the Respondent in response to the subpoena shall not be filed with this Court absent leave of the Court.


DATED this ___11___ day of September, 2014:


_____
UNITED STATES DISTRICT COURT JUDGE